UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE, ) | |
| ) | |
| Plaintiff, ) | C. A. No.: |
| ) | |
| v. ) | |
| ) | |
| COCONUTS MUSIC AND MOVIES ) | |
| AND TRANS WORLD ) | |
| ENTERTAINMENT CORPORATION, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF KRISTIE MARIE SCHLIFKE

**KRISTIE MARIE SCHLIFKE**, being duly sworn according to law, deposes and says that:

1. She is the Plaintiff in the above-captioned action.

2. The foregoing averments in the Complaint are true and correct to the best of her knowledge, information and belief.

_____
KRISTIE MARIE SCHLIFKE

SWORN TO AND SUBSCRIBED before me, a Notary Public for the State of Delaware, this 23rd day of August, 2005.

_____
NOTARY PUBLIC

M. JEAN BOYLE
Attorney At Law
Notarial Officer - State of Delaware
Pursuant to 29 Del. C. § 4323(a)(3)