AO FORM 85 RECEIPT (REV. 9/04)

United States District Court for the District of Delaware

Civil Action No. \_\_\_05 - 620\_\_\_

# ACKNOWLEDGMENT
# OF RECEIPT FOR AO FORM 85

## *NOTICE OF AVAILABILITY OF A*
## *UNITED STATES MAGISTRATE JUDGE*
## *TO EXERCISE JURISDICTION*

I HEREBY ACKNOWLEDGE RECEIPT OF \_\_\_2\_\_\_ COPIES OF AO FORM 85.

\_\_\_8/23/05\_\_\_
(Date forms issued)

\_\_\_[signature]\_\_\_
(Signature of Party or their Representative)

\_\_\_M. Jean Boyle, Esq.\_\_\_
(Printed name of Party or their Representative)

Note: Completed receipt will be filed in the Civil Action