UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE        )<br>)<br>Plaintiff,        )<br>)<br>v.        )<br>)<br>COCONUTS MUSIC AND MOVIES        )<br>AND TRANS WORLD        )<br>ENTERTAINMENT CORPORATION,        )<br>)<br>Defendant.        )<br>_____) | C.A. No. 1:05-cv-00620-SLR |

## DEFENDANT'S ANSWER TO COMPLAINT

Defendant Trans World Entertainment Corporation (doing business as and erroneously sued herein as "Coconuts Music and Movies") ("Defendant"), through counsel, hereby answers plaintiff's complaint. Any allegation not specifically admitted below is hereby denied.

## AS TO "PRELIMINARY STATEMENT"

1.     Defendant denies each and every allegation contained in paragraph 1 of the Complaint, except defendant admits plaintiff is asserting a violation of the Family and Medical Leave Act, and claims for sex discrimination and employment discrimination. Defendant specifically denies that it engaged in any unlawful acts or discrimination.

2.     Defendant specifically denies any liability for the conduct alleged, and specifically denies plaintiff is entitled to any relief demanded or sought in paragraph 2 of the Complaint.

3.     Defendant denies the allegations in paragraph 3.

## AS TO "PARTIES"

4.  Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

5.  Defendant denies each and every allegation contained in paragraph 5 of the Complaint, except defendant admits it operates a "Coconuts Music and Movies" store located at 3228 Kirkwood Highway, Wilmington, Delaware, 19808.

6.  Defendant admits it is a corporation with its principal place of business located at 38 Corporate Circle, Albany, New York 12203.

## AS TO "JURISDICITON AND VENUE"

7.  Plaintiff's allegation regarding jurisdiction is not a factual allegation requiring admission or denial. To the extent a response is required, defendant denies the allegations contained in paragraph 7 of the Complaint, except defendant admits the United States District Court for the District of Delaware has jurisdiction over these claims pursuant to 28 U.S.C. § 1331.

8.  Defendant admits venue is proper in this Court.

## AS TO "FACT'

9.  Defendant admits it hired plaintiff on or about March 11, 2002 as the Manager for the "Coconuts Music and Movies" store located at 3228 Kirkwood Highway, Wilmington, Delaware, 19808.

10. Defendant denies that plaintiff advised her district manager in October of 2002 that she was pregnant. Defendant is without knowledge or information sufficient to form a belief as to the truth of the remainder of the allegations of this paragraph.

11. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

12. Defendant denies the allegations in paragraph 12.

13. Defendant denies each and every allegation in paragraph 13.

14. Defendant admits there have been robberies in the store. The remainder of the allegations of this paragraph are denied.

15. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

16. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

17. Defendant denies each and every allegation contained in paragraph 17, except defendant admits plaintiff received a written warning for inventory shrinkage in November 2002.

18. Defendant admits the allegations in paragraph 18.

19. Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations of this paragraph.

20. Defendant denies each and every allegation contained in paragraph 20, except defendant admits plaintiff was discharged on May 5, 2003.

21. Defendant denies the allegations in paragraph 21.

22. Defendant denies the allegations in paragraph 22.

## AS TO "COUNT I"

## CIVIL RIGHTS VIOLATION OF 42 U.S.C. §2000 et. seq.

23. Defendant incorporates its responses to paragraphs 1-22 as if fully restated here.

24. Defendant denies the allegations in paragraph 24.

## AS TO "COUNT II"

## DELAWARE CIVIL RIGHTS ACT

25. Defendant incorporates its responses to paragraphs 1-24 as if fully restated here.

26. Defendant denies the allegations in paragraph 26.

## AS TO "COUNT III"

## INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

27. Defendant incorporates its responses to paragraphs 1-26 as if fully restated here.

28. Defendant denies the allegations in paragraph 28.

## AS TO "COUNT IV"

## FAMILY MEDICAL LEAVE ACT OF 1993

29. Defendant incorporates its responses to paragraphs 1-28 as if fully restated here.

30. Defendant denies the allegations in paragraph 30.

## AS TO "COUNT V"

## PREGNANCY DISCRIMINATION ACT

31.  Defendant incorporates its responses to paragraphs 1-30 as if fully restated here.

32.  Defendant denies the allegations in paragraph 32.

## AFFIRMATIVE DEFENSES

As separate and distinct affirmative defenses to the Complaint, defendant alleges the following:

### FIRST AFFIRMATIVE DEFENSE

The complaint fails to state a cause of action upon which relief can be granted as a matter of fact and/or law.

### SECOND AFFIRMATIVE DEFENSE

Plaintiff's claims are barred in whole or in part by the applicable statutes of limitation, failure to exhaust administrative remedies, and jurisdictional prerequisites to suit.

### THIRD AFFIRMATIVE DEFENSE

Plaintiff's claims for damages are barred or reduced by her failure to mitigate her alleged damages.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiff's claims are barred by estoppel, release, laches, set-off, or waiver.

## FIFTH AFFIRMATIVE DEFENSE

At all times relevant hereto, defendant has acted in good faith and has not violated any rights that may be secured to plaintiff under any federal, state, or local laws, rules, regulations or guidelines.

## SIXTH AFFIRMATIVE DEFENSE

Any and all actions taken by defendant with respect to plaintiff's employment or the terms and conditions thereof were based upon legitimate nondiscriminatory business reasons and were taken without regard to plaintiff's sex, pregnancy or use of FMLA leave.

## SEVENTH AFFIRMATIVE DEFENSE

Plaintiff's claims of discrimination are barred and/or any recovery of damages is precluded because plaintiff unreasonably failed to take advantage of defendant's preventive or corrective opportunities or to otherwise avoid harm.

## EIGHTH AFFIRMATIVE DEFENSE

Plaintiff is not entitled to punitive damages.

WHEREFORE, defendant respectfully requests that plaintiff's claims be dismissed and the Court assess attorney's fees and any further relief it deems necessary.

POTTER ANDERSON & CORROON LLP

By _____/s/ Sarah E. DiLuzio_____
Jennifer Gimler Brady (Del. Bar. 2874)
Sarah E. DiLuzio (Del. Bar 4085)
Hercules Plaza, Sixth Floor
1313 North Market Street, P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com – Email
sdiluzio@potterandereson.com – Email

6

*Attorneys for Defendant Trans World Entertainment Corp.*

OF COUNSEL:

Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA  22182
(703) 821-2189 – Telephone
(703) 821-2267 – Facsimile

Date: September 13, 2005
PA&C-698830v2

**UNITED STATES DISTRICT COURT**
**DISTRICT OF DELAWARE**

**CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify this 13th day of September, 2005, that the foregoing **DEFENDANT'S ANSWER TO COMPLAINT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> Joseph J. Longobardi, III (No. 2231)
> 1303 Delaware Avenue
> The Plaza, Suite 105
> Wilmington, Delaware 19806

> _____
> Sarah E. DiLuzio (No. 4085)
> Hercules Plaza – Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> (302) 984-6279 (Telephone)
> (302) 658-1192 (Facsimile)
> sdiluzio@potteranderson.com (Email)