UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COCONUTS MUSIC AND MOVIES )<br>AND TRANS WORLD )<br>ENTERTAINMENT CORPORATION, )<br>)<br>Defendant. )<br>_____ ) | C.A. No. 1:05-cv-00620-SLR |

**DISCLOSURE OF TRANS WORLD ENTERTAINMENT CORP.
PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1**

Pursuant to Fed. R. Civ. P. 7.1, defendant Trans World Entertainment Corp. ("Trans World"), by and through its undersigned attorneys, hereby certifies as follows:

Defendant, Trans World Entertainment Corp., certifies that: (a) defendant is a publicly traded corporation; and (b) there are no other publicly held corporate parents, subsidiaries or affiliates of defendant.

POTTER ANDERSON & CORROON LLP

By _/s/ Sarah E. DiLuzio_____
Jennifer Gimler Brady (Del. Bar. 2874)
Sarah E. DiLuzio (Del. Bar 4085)
Hercules Plaza, Sixth Floor
1313 North Market Street, P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com – Email
sdiluzio@potterandereson.com – Email

*Attorneys for Defendant Trans World
Entertainment Corp.*

OF COUNSEL:

Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA  22182
(703) 821-2189 – Telephone
(703) 821-2267 – Facsimile

Dated:  September 13, 2005
PA&C-698182v1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify this 13th day of September, 2005, that the foregoing **DISCLOSURE OF TRANS WORLD ENTERTAINMENT CORPORATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

> Joseph J. Longobardi, III (No. 2231)
> 1303 Delaware Avenue
> The Plaza, Suite 105
> Wilmington, Delaware 19806

> /s/ Sarah E. DiLuzio
> Sarah E. DiLuzio (No. 4085)
> Hercules Plaza – Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> (302) 984-6279 (Telephone)
> (302) 658-1192 (Facsimile)
> sdiluzio@potteranderson.com (Email)