UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COCONUTS MUSIC AND MOVIES )<br>AND TRANS WORLD )<br>ENTERTAINMENT CORPORATION, )<br>)<br>Defendant. )<br>_____) | C.A. No. 1:05-cv-00620-SLR |

## MOTION AND ORDER
## FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Tyler A. Brown, Esquire, Jackson Lewis LLP, 8614 Westwood Center Drive, Suite 950, Vienna, Virginia 22182, to represent Defendant Trans World Entertainment Corporation in this matter.

POTTER ANDERSON & CORROON LLP

By_____
Jennifer Gimler Brady (No. 2874)
Sarah E. DiLuzio (No. 4085)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000

*Attorneys for Defendant Trans World Entertainment Corp.*

Dated: September 13, 2005

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of Virginia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 01/01/05, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of the Court or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 9/13/05

Tyler A. Brown : /KJA
Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
(703) 821-2189

## ORDER GRANTING MOTION

IT IS HEREBY ORDERED counsel's motion for admission *pro hac vice* is granted.

Date: _____    _____
                                                        United States District Judge

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

**CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify this 13th day of September, 2005, that the foregoing **MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) which will send notification of such filing that the document is available for viewing and downloading via CM/ECF to the following counsel of record:

        Joseph J. Longobardi, III (No. 2231)
        1303 Delaware Avenue
        The Plaza, Suite 105
        Wilmington, Delaware 19806

        /s/ Sarah E. DiLuzio
        Sarah E. DiLuzio (No. 4085)
        Hercules Plaza – Sixth Floor
        1313 North Market Street
        Wilmington, DE  19801
        (302) 984-6279 (Telephone)
        (302) 658-1192 (Facsimile)
        sdiluzio@potteranderson.com (Email)