UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 1:05-cv-00620-SLR |
| ) | |
| COCONUTS MUSIC AND MOVIES ) | |
| AND TRANS WORLD ) | |
| ENTERTAINMENT CORPORATION, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**AMENDED CERTIFICATE OF SERVICE**

I, Sarah E. DiLuzio, hereby certify this 13th day of September, 2005, that the **DEFENDANT'S ANSWER TO COMPLAINT; DISCLOSURE STATEMENT OF TRANS WORLD ENTERTAINMENT CORP. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 7.1; and MOTION AND ORDER FOR ADMISSION *PRO HAC VICE*** were electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and Hand Delivered to the following counsel of record:

>Joseph J. Longobardi, III (No. 2231)
>1303 Delaware Avenue
>The Plaza, Suite 105
>Wilmington, Delaware 19806

>POTTER ANDERSON & CORROON LLP

>By  /s/ Sarah E. DiLuzio
>Jennifer Gimler Brady (Del. Bar. 2874)
>Sarah E. DiLuzio (Del. Bar 4085)
>Hercules Plaza, Sixth Floor
>1313 North Market Street, P.O. Box 951
>Wilmington, Delaware 19899-0951

                        (302) 984-6000 – Telephone
                        (302) 658-1192 – Facsimile
                        jbrady@potteranderson.com – Email
                        sdiluzio@potterandereson.com – Email

*Attorneys for Defendant Trans World Entertainment Corp.*

OF COUNSEL:

Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA  22182
(703) 821-2189 – Telephone
(703) 821-2267 – Facsimile

Date: September 13, 2005
PA&C-698948v1