

# Potter
# Anderson
# &Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

**Elizabeth King**
Associate
Attorney at Law
eking@potteranderson.com
302 984-6044 Direct Phone
302 658-1192 Fax

November 15, 2005

**ELECTRONIC FILING via CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

    Re:    **Schlifke v. Coconuts Music and Movies and Trans World Entertainment Corporation, Civil Action No. 05-CV-620-SLR**

Dear Judge Robinson:

    Enclosed for the Court's consideration is a proposed Order setting forth the discovery plan which has been agreed upon by counsel for plaintiff and defendants.

    Counsel are available should Your Honor have any questions.

                             Respectfully,

                             Elizabeth King

                             Elizabeth King

EK/drt
Enclosure

cc:  Clerk of the U.S. District Court (w/encl.) (via Electronic Filing CM/ECF)
      Joseph J. Longobardi, III, Esquire (w/encl.) (via Electronic Filing CM/ECF)

PA&C-707556v1