IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE,<br>            Plaintiff,<br>v.<br><br>COCONUTS MUSIC AND MOVIES<br>AND TRANS WORLD<br>ENTERTAINMENT CORPORATION,<br>            Defendants. | )<br>)<br>) C.A. No. 1:05-cv-00620-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER**

At Wilmington this _____ day of November 2005, the parties having satisfied their obligations under Fed. R. Civ. P. 26 (f), and the court having conducted a pretrial scheduling conference pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2 (a) and (b).

IT IS ORDERED that:

1. **Pre-Discovery Disclosures.** The parties have exchanged the information required by Fed. R. Civ. P. 26 (a) (1) and D. Del. LR 16.2

2. **Discovery.**

    (a) Discovery will be needed on the following subjects:

        (1) The basis for plaintiff's claims of discrimination;

        (2) The reasons for the termination of plaintiff's employment;

        (3) Plaintiff's alleged damages.

    (b) All discovery shall be commenced in time to be completed by April 28, 2006.

    (c) Maximum of thirty interrogatories by each party to any other party.

    (d) Maximum of twenty requests for admission by each party to any other

party.

(e) Maximum of seven depositions by plaintiff and seven by defendant.

(f) Each deposition limited to a maximum of seven hours unless extended by agreement of parties.

(g) Reports from retained experts under Rule 26 (a) (2) on issues for which any party has the burden of proof due by March 3, 2006. Rebuttal expert reports due by March 24, 2006.

(h) **Discovery Disputes.** Any discovery disputes shall be submitted to the court pursuant to Fed. R. Civ. P. 37. During the course of discovery, each party is limited to **two (2)** Rule 37 motions. The court shall make itself available, however, to resolve through a telephone conference, disputes that arise during the course of a deposition and disputes related to entry of a protective order.

3. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before January 6, 2006.

4. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

5. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before May 26, 2005. Briefing shall be pursuant to D. Del. LR 7.1.2. No summary judgment motion may be filed more than **ten (10)** days from the above dated without leave of the court.

6. **Application by Motion.** Any application to the court shall be by written

motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

7. **Motions in Limine.** All motions in limine shall be filed on or before June 30, 2006. All responses to said motions shall be filed on or before July 10, 2006.

8. **Pretrial Conference.** A pretrial conference will be held on July 17, 2006 at 10:00 a.m. in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. The Federal rules of Civil Procedure and D. Del. LR 16.4 shall govern the pretrial conference.

9. **Trial.** This matter is scheduled for a one (1) week jury trial commencing on August 14, 2006 in courtroom 6B, sixth floor Federal Building, 844 King Street, Wilmington, Delaware. For purposes of completing pretrial preparations, the parties should plan on being allocated a total number of hours in which to present their respective cases.

_____
United States District Judge