UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COCONUTS MUSIC AND MOVIES )<br>AND TRANS WORLD )<br>ENTERTAINMENT CORPORATION, )<br>)<br>Defendant. )<br>_____) | C.A. No. 1:05-cv-00620-SLR |

## NOTICE OF SERVICE

I hereby certify this 6th day of January, 2006, that two (2) true and correct copies of **DEFENDANT'S FIRST SET OF INTERROGATORIES TO PLAINTIFF** were hand delivered to the following counsel of record:

>Joseph J. Longobardi, III, Esq.
>Longobardi Law Office
>1303 Delaware Avenue
>The Plaza, Suite 105
>Wilmington, Delaware 19806

>POTTER ANDERSON & CORROON LLP

>By *Elizabeth King*
>Jennifer Gimler Brady (Del. Bar. 2874)
>Elizabeth King (Del. Bar 4475)
>Hercules Plaza, Sixth Floor
>1313 North Market Street, P.O. Box 951
>Wilmington, Delaware 19899-0951
>(302) 984-6000 – Telephone
>(302) 658-1192 – Facsimile
>jbrady@potteranderson.com – Email
>eking@potterandereson.com – Email

>*Attorneys for Defendant Trans World Entertainment Corp.*

OF COUNSEL:

Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
(703) 821-2189 – Telephone
(703) 821-2267 – Facsimile

Date: January 6, 2006

PA&C-708468v1