## UNITED STATES DISTRICT COURT
## OF THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRISTIE MARIE SCHLIFKE | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 1:05-cv-00620-SLR |
| | ) | |
| COCONUTS MUSIC AND MOVIES AND TRANS WORLD ENTERTAINMENT CORPORATION, | ) ) ) | |
| | ) | |
| Defendant. | ) | |

### NOTICE OF SERVICE

I hereby certify this 6th day of January, 2006, that two (2) true and correct copies

of **DEFENDANT'S REQUEST FOR PRODUCTION OF DOCUMENTS FROM**

**PLAINTIFF** were hand delivered to the following counsel of record:

> Joseph J. Longobardi, III, Esq.
> Longobardi Law Office
> 1303 Delaware Avenue
> The Plaza, Suite 105
> Wilmington, Delaware 19806

POTTER ANDERSON & CORROON LLP

By *Elizabeth King*
Jennifer Gimler Brady (Del. Bar. 2874)
Elizabeth King (Del. Bar 4475)
Hercules Plaza, Sixth Floor
1313 North Market Street, P.O. Box 951
Wilmington, Delaware 19899-0951
(302) 984-6000 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com – Email
eking@potterandereson.com – Email

*Attorneys for Defendant Trans World Entertainment Corp.*

OF COUNSEL:

Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
(703) 821-2189 – Telephone
(703) 821-2267 – Facsimile

Date: January 6, 2006

PA&C-708468v1