IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 05-620 |
| ) | |
| COCONUTS MUSIC AND MOVIES ) | |
| and TRANS WORLD ) | |
| ENTERTAINMENT CORPORATION, ) | |
| ) | |
| Defendants. ) | |

### NOTICE OF DEPOSITION OF KRISTIE MARIE SCHLIFKE

TO:   Joseph J. Longobardi, III (No. 2231)
      1303 Delaware Avenue
      The Plaza, Suite 105
      Wilmington, Delaware 19806

**PLEASE TAKE NOTICE** that, pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedures, Defendant Trans World Entertainment Corporation ("Trans World") will take the deposition upon oral examination of Kristie Marie Schlifke at Potter Anderson & Corroon LLP, Hercules Plaza, Sixth Floor, 1313 North Market Street, Wilmington, Delaware, 19801 on March 7, 2006 commencing at 9:30 a.m. The deposition will be taken before a Notary Public or other person authorized to administer oaths pursuant to Rule 28 of the Federal Rules of Civil Procedure and will continue from day to day until completed. The deposition will be recorded by stenographic means.

POTTER ANDERSON & CORROON LLP

By _____
Jennifer Gimler Brady (Del. Bar. 2874)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, Delaware 19899-0951

(302) 984-6042 – Telephone
(302) 658-1192 – Facsimile
jbrady@potteranderson.com – Email

*Attorneys for Defendants Coconuts Music and Movies and Trans World Entertainment Corporation*

OF COUNSEL:

Tyler A. Brown, Esquire
Kimberly J. Alms, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive
Suite 950
Vienna, VA 22182
(703) 821-4310 – Telephone
(703) 821-2267 – Facsimile


Dated: February 17, 2006
PA&C-720087v1

UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 17th day of February, 2006, that the foregoing **NOTICE OF DEPOSITION OF KRISTIE MARIE SCHLIFKE** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and Hand Delivered to the following counsel of record:

>Joseph J. Longobardi, III (No. 2231)
>1303 Delaware Avenue
>The Plaza, Suite 105
>Wilmington, Delaware 19806

>Jennifer Gimler Brady (No. 2874)
>Hercules Plaza – Sixth Floor
>1313 North Market Street
>Wilmington, DE 19801
>(302) 984-6042 (Telephone)
>(302) 658-1192 (Facsimile)
>jbrady@potteranderson.com (Email)