

UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRISTIE MARIE SCHLIFKE, | ) | |
| | ) | |
| Plaintiff, | ) | C. A. No.:   1:05-cv-00620-SLR |
| | ) | |
| v. | ) | |
| | ) | |
| COCONUTS MUSIC AND MOVIES | ) | |
| AND TRANS WORLD | ) | |
| ENTERTAINMENT CORPORATION, | ) | |
| | ) | |
| Defendant. | ) | |

FILED
MAR 1 5 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### CERTIFICATE OF SERVICE

I, Joseph J. Longobardi, III, do hereby certify that on this 15th day of March, 2006, two (2) copies of the foregoing **PLAINTIFF, KRISTIE MARIE SCHLIFKE'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS FROM DEFENDANTS, COCONUTS MUSIC AND MOVIES AND TRANS WORLD ENTERTAINMENT CORPORATION** were served via U.S. Mail and facsimile transmission upon:

Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182
Fax:   (703) 821-2267

Jennifer Gimler Brady
Elizabeth King
Potter, Anderson & Corroon, LLP
Hercules Plaza, Sixth Floor
1313 North Market Street, P.O. Box 951
Wilmington, DE 19899-0951
Fax:   (302) 658-1192

LONGOBARDI LAW OFFICE

/s/ Joseph J. Longobardi, III
_____
JOSEPH J. LONGOBARDI, III
I.D. No.: 2231
1303 Delaware Avenue
The Plaza, Suite 105
Wilmington, DE 19806
(302) 575-1502
**Attorney for Plaintiff**