IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COCONUTS MUSIC AND MOVIES )<br>AND TRANS WORLD )<br>ENTERTAINMENT CORPORATION, )<br>)<br>Defendant. )<br>) | C.A. No. 1:05-cv-00620-SLR |

### DEFENDANT TRANS WORLD ENTERTAINMENT CORPORATION'S MOTION FOR SUMMARY JUDGMENT

Defendant Trans World Entertainment Corporation (doing business as and erroneously sued herein as "Coconuts Music and Movies"), by and through its undersigned counsel, hereby moves for summary judgment on all claims of Plaintiff's Complaint. The reasons for this Motion are set forth in Defendant's Opening Brief in Support of its Motion for Summary Judgment, filed concurrently herewith.

POTTER ANDERSON & CORROON LLP

By /s/ Sarah E. DiLuzio
Jennifer Gimler Brady (Del. 2874)
Sarah E. DiLuzio (Bar I.D. #4085)
Hercules Plaza, Sixth Floor
1313 North Market Street
P.O. Box 951
Wilmington, DE 19899
(302) 984-6000 – Telephone
jbrady@potteranderson.com – Email
sdiluzio@potteranderson.com – Email

*Attorneys for Trans World Corporation*

OF COUNSEL:

Tyler A. Brown, Esquire*
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, Virginia 22182
Telephone: (703) 821-2189
Facsimile: (703) 821-2267

* Admitted *Pro Hac Vice*

Dated:  May 26, 2006