IN THE UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> COCONUTS MUSIC AND MOVIES ) <br> AND TRANS WORLD ) <br> ENTERTAINMENT CORPORATION, ) <br> ) <br> Defendant. ) <br> ) | C.A. No. 1:05-cv-00620-SLR |

## ORDER

WHEREAS, the Court having considered Defendant's Motion for Summary Judgment and the arguments of both parties related thereto, and the Court finding no material issues of fact and that Defendant is entitled to judgment in its favor,

NOW, THEREFORE, Defendant's Motion is hereby GRANTED and judgment shall be entered in Defendant's favor on all claims of the Complaint.

_____
The Honorable Sue L. Robinson
Chief Judge, United States District Court