## CERTIFICATE OF SERVICE

I, Sarah E. DiLuzio, hereby certify this 26th day of May, 2006, that the foregoing **DEFENDANT TRANS WORLD CORPORATION'S MOTION FOR SUMMARY JUDGMENT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy was mailed via **FIRST CLASS U.S. MAIL, POSTAGE PREPAID** on the following:

> Joseph J. Longobardi, III, Esq.
> Longobardi Law Office
> 1303 Delaware Avenue
> The Plaza, Suite 105
> Wilmington, Delaware 19806

> /s/ Sarah E. DiLuzio
> Sarah E. DiLuzio (Bar I.D. #4085)
> Hercules Plaza – Sixth Floor
> 1313 North Market Street
> Wilmington, DE 19801
> (302) 984-6279 (Telephone)
> (302) 658-1192 (Facsimile)
> sdiluzio@potteranderson.com (Email)

734035