# LONGOBARDI LAW OFFICE

1303 DELAWARE AVENUE
SUITE 105
WILMINGTON, DELAWARE 19806
(302) 575-1502
TELECOPIER
(302) 575-1506

JOSEPH J. LONGOBARDI, III*
M. JEAN BOYLE
* Delaware & Pennsylvania Bars

June 21, 2006

The Honorable Sue L. Robinson
U.S District Court
District of Delaware
844 North King Street, Room 4209
Lock Box 18
Wilmington, DE 19801



FILED
JUN 2 2 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE: **Kristie Marie Schlifke v. Trans World Entertainment Corporation**
C.A. No.:  1:05-cv-00620-SLR

Dear Judge Robinson:

Please accept this as Plaintiff's Request for a ten day Extension of Time in which to submit a response to Defendant's Summary Judgment Motion. Defense Counsel, Ms. Jennifer Brady, Esquire, has informed me that the Defendant takes no position to our request.

I am requesting an Extension of Time in this matter for the following reasons:

1. There is no Scheduling Order in this case.
2. Defendant's briefs arrived while I was on vacation. The deadline to response was not calendared as there was no Scheduling Order.
3. I am currently in a Superior Court Trial which is scheduled to end by Friday, June 23, 2006.

Should the Court require anything further, I am available at the Court's convenience.

Respectfully Submitted,

JOSEPH J. LONGOBARDI, III

JJL/tmt
CC:   Jennifer Brady, Esquire via facsimile (302) 658-1192