IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

ORIGINAL

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE,<br>                 Plaintiff,<br>v.<br>COCONUTS MUSIC AND MOVIES<br>AND TRANS WORLD<br>ENTERTAINMENT CORPORATION,<br>                 Defendants. | ) <br> ) <br> ) <br> ) C.A. No. 1:05-cv-00620-SLR<br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

JUN 26 2006

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO
ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

**COMES NOW**, Plaintiff, by and through her attorney, Joseph J. Longobardi, III, Esquire, hereby moves this Honorable Court for an Order Extending the Time in which to Answer Defendant's Motion for Summary Judgment. In support thereof, Plaintiff states the following:

1. The brief for Summary Judgment arrived in my office while I was on vacation. The briefing was not calendared since there was no Scheduling Order in the record.

2. Undersigned counsel had been requested from the Court for the Scheduling Order previously. However, opposing counsel had actually drafted the proposed Scheduling Order which was forwarded to Court in advance of the Scheduling Conference. Mistakenly, undersigned counsel believed that it would be opposing counsel who would then forward the final draft to the Court after the Scheduling Conference.

3. Undersigned counsel was in Trial last week and requests an additional seven (7) days to file this brief. Opposing counsel takes no position.

**WHEREFORE**, Plaintiff prays this Honorable Court grant Plaintiff an additional seven days in which to file a responsive pleading to Defendant's Motion for Summary Judgment.

LONGOBARDI LAW OFFICE

/s/ Joseph J. Longobardi, III

**JOSEPH J. LONGOBARDI, III**
I.D. No.: 2281
1303 Delaware Avenue
The Plaza, Suite 105
Wilmington, DE 19806
(302) 575-1502
**Attorney for Plaintiff**

Dated: June 26, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

KRISTIE MARIE SCHLIFKE, )
           Plaintiff, )
v. ) C.A. No. 1:05-cv-00620-SLR
 )
COCONUTS MUSIC AND MOVIES )
AND TRANS WORLD )
ENTERTAINMENT CORPORATION, )
 )
           Defendants. )

## ORDER

After consideration of **PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME IN WHICH TO ANSWER DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, it is hereby ordered that Plaintiff's Motion is GRANTED.

**IT IS SO ORDERED** this _____ day of _____, 2006.

_____
**CHIEF JUDGE SUE L. ROBINSON**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE,<br>  Plaintiff,<br>v.<br><br>COCONUTS MUSIC AND MOVIES<br>AND TRANS WORLD<br>ENTERTAINMENT CORPORATION,<br>  Defendants. | )<br>)<br>) C.A. No. 1:05-cv-00620-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF SERVICE

I, Joseph J. Longobardi, III, do hereby certify that on this 26th day of June, 2006, two (2) copies of the foregoing **Plaintiff's Motion for an Extension of Time in which to Answer Defendant's Motion for Summary Judgment** were served via U.S. Mail upon:

Tyler A. Brown, Esquire
Jackson Lewis LLP
8614 Westwood Center Drive, Suite 950
Vienna, VA 22182

Jennifer Gimler Brady
Elizabeth King
Potter, Anderson & Corroon, LLP
Hercules Plaza, Sixth Floor
1313 North Market Street, P.O. Box 951
Wilmington, DE 19899-0951

LONGOBARDI LAW OFFICE

/s/ Joseph J. Longobardi, III

JOSEPH J. LONGOBARDI, III
I.D. No.: 2231
1303 Delaware Avenue
The Plaza, Suite 105
Wilmington, DE 19806
(302) 575-1502
**Attorney for Plaintiff**