

Potter
Anderson
& Corroon LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Jennifer Gimler Brady
Partner
Attorney at Law
jbrady@potteranderson.com
302 984-6042 Direct Phone
302 658-1192 Fax

July 14, 2006

**ELECTRONIC FILING via CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

   Re: **Schlifke v. Coconuts Music and Movies and Trans World Entertainment Corporation, Civil Action No. 05-CV-620-SLR**

Dear Chief Judge Robinson:

  I am writing to the Court regarding Defendant's Motion for Summary Judgment, which was efiled with the Court on May 26, 2006.

  Plaintiff's response to our summary judgment motion was due on June 12, 2006. On June 26, 2006, two weeks after her response deadline, Plaintiff filed a motion with the Court requesting an additional seven (7) days to respond. The Court granted Plaintiff's request on June 30, 2006. Accordingly, Plaintiff's response was due on July 12, 2006, but, to date, we have not been served with any papers, nor are we aware of a filing with the Court. Thus, it appears that Plaintiff does not oppose Defendant's Motion for Summary Judgment, and Defendant respectfully submits that the motion is ripe for decision.

  Your Honor's consideration of this matter is appreciated. Counsel is available should Your Honor have any questions.

            Respectfully,

            Jennifer Gimler Brady

JGB/drt

cc: Clerk of the U.S. District Court ( (via Electronic Filing CM/ECF)
   Joseph J. Longobardi, III, Esquire (via Electronic Filing CM/ECF)
   Tyler A. Brown, Esquire (via electronic mail)

PA&C-741226