

**Potter Anderson & Corroon** LLP

1313 North Market Street
P.O. Box 951
Wilmington, DE 19899-0951
302 984 6000

www.potteranderson.com

Jennifer Gimler Brady
Partner
Attorney at Law
jbrady@potteranderson.com
302  984-6042  Direct Phone
302  658-1192  Fax

July 14, 2006

**ELECTRONIC FILING via CM/ECF**

The Honorable Sue L. Robinson
United States District Court
844 King Street
Wilmington, Delaware 19801

> Re:    **Schlifke  v. Coconuts Music and Movies and Trans World
> Entertainment Corporation, Civil Action No. 05-CV-620-SLR**

Dear Chief Judge Robinson:

I am writing to advise the Court that we just received Plaintiff's answering brief in response to Defendant's motion for summary judgment.  The brief was postmarked July 12, 2006.  Therefore, please disregard my letter of earlier today.

Respectfully,

Jennifer Gimler Brady

JGB/drt

cc:  Clerk of the U.S. District Court ( (via Electronic Filing CM/ECF)
     Joseph J. Longobardi, III, Esquire (via Electronic Filing CM/ECF)
     Tyler A. Brown, Esquire (via electronic mail)

PA&C-741265