IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KRISTIE MARIE SCHLIFKE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civ. No. 05-620-SLR |
| | ) | |
| MUSIC AND MOVIES and TRANS WORLD ENTERTAINMENT CORPORATION, | ) ) ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

At Wilmington this 18th day of July 2006, the parties having satisfied their obligations under Fed. R. Civ. P. 26(f), and the court having conducted a pretrial scheduling conference[1] pursuant to Fed. R. Civ. P. 16 and D. Del. LR 16.2(a) and (b);

IT IS ORDERED that:

1. **Discovery**.

    (a) Discovery will be needed on the following subjects:

    (1) The basis for plaintiff's claims of certification;

    (2) The reasons for the termination of plaintiff's employment;

---

[1] At this conference, held on November 17, 2005, counsel was directed to submit a proposed final scheduling order to the court memorializing the deadlines established. The court is issuing this order, post factum, due to the absence of such filing by counsel.

        (3) Plaintiff's alleged damages.

    (b) All discovery shall be commenced in time to be completed by **April 28, 2006.**

    (c) Maximum of thirty interrogatories by each party to any other party.

    (d) Maximum of twenty requests for admission by each party to any other party.

    (e) Maximum of seven depositions by plaintiff and seven by defendant.

    (f) Each deposition limited to a maximum of seven hours unless extended by agreement of parties.

    (g) Reports from retained experts under Rule 26(a)(2) on issues for which any party has the burden of proof due by March 3, 2006. Rebuttal expert reports due by March 24, 2006.

  2. **Joinder of other Parties, Amendment of Pleadings, and Class Certification.** All motions to join other parties, amend the pleadings, and certify a class action shall be filed on or before **January 6, 2006.**

  3. **Settlement Conference.** Pursuant to 28 U.S.C. § 636, this matter is referred to Magistrate Judge Thynge for the purposes of exploring ADR.

  4. **Summary Judgment Motions.** All summary judgment motions shall be served and filed with an opening brief on or before **May 26, 2006.** Briefing shall be pursuant to D. Del. LR 7.1.2. No

summary judgment motion may be filed more than **ten (10)** days from the above date without leave of the court.

5. **Applications by Motion.** Any application to the court shall be by written motion filed with the clerk. Unless otherwise requested by the court, counsel shall not deliver copies of papers or correspondence to chambers. **Any non-dispositive motion shall contain the statement required by D. Del. LR 7.1.1.**

                                                _____
                                                United States District Judge