UNITED STATES DISTRICT COURT
OF THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>COCONUTS MUSIC AND MOVIES )<br>AND TRANS WORLD )<br>ENTERTAINMENT CORPORATION, )<br>)<br>Defendant. )<br>) | C.A. No. 1:05-cv-00620SLR |

SUPPLEMENTAL AFFIDAVIT OF DEB MARKOWITZ-BEST IN SUPPORT OF DEFENDANT'S
MOTION FOR SUMMARY JUDGMENT

STATE OF DELAWARE    )
                     ) ss.
COUNTY OF NEW CASTLE )

I, Deb Markowitz-Best, being duly sworn this 18th day of July, 2006, do depose and say:

1. I am an employee of Trans World Entertainment Corp. ("Trans World") employed in Albany, NY. I currently am a Director in the Human Resources organization. I have been employed by Trans World for nine years. I have been in my current position since 1998. By virtue of being in this position, I am familiar with and have made disciplinary and termination decisions regarding the Company's Loss Prevention policies and performance standards. In addition, I am familiar with our Company's document retention policies and benefits practices.

2. After I made the decision to discharge Plaintiff Kristie Schlifke ("Plaintiff" or "Schlifke"), I prepared, or caused to be prepared, the appropriate paperwork such that she would be paid her final paycheck and would receive the necessary notices concerning the termination of her benefits. In the ordinary course of business, this would have triggered a package being sent to Plaintiff that would have

1

contained her rights under COBRA to continue medical benefits. I cannot swear to the fact this package was sent, but I do know that I did everything I was supposed to do in this regard.

3. Emails delivered to the stores directly have no archive policy. Any email left in the system will purge itself after 30 days. These messages would be stored on the server inside the store after delivery, and there are no backups done of these servers which could be used to recover a message.

Remote user (such as Plaintiff's supervisor, Rob Burke) and field/store e-mails are only archived on the system for one year and then purged.

4. The target store binders, loss prevention binders, human resources binders, sales and cash receipts binders and the incident report binders for her store from 2002 and 2003 were lost or destroyed long before Plaintiff's request in March 2006. Generally speaking, such documents are destroyed after a year.

Deb Markowitz-Best

Dated: July 18, 2006

SWORN TO AND SUBSCRIBED before me the day and year above written.

Alyssa Lofaro
Notary Public, State of New York
No. 01LO6065780
Qualified in Albany County
My Commission Expires Oct. 29, 2009

## CERTIFICATE OF SERVICE

I, Jennifer Gimler Brady, hereby certify this 21st day of July, 2006, that the foregoing **SUPPLEMENTAL AFFIDAVIT OF DEB MARKOWITZ-BEST IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was electronically filed with U.S. District Court District of Delaware via CM/ECF (Official Court Electronic Document Filing System) and one (1) true and correct copy was mailed via **FIRST CLASS U.S. MAIL, POSTAGE PREPAID** on the following:

> Joseph J. Longobardi, III, Esq.
> Longobardi Law Office
> 1303 Delaware Avenue
> The Plaza, Suite 105
> Wilmington, Delaware 19806

*/s/ Jennifer Gimler Brady*
Jennifer Gimler Brady (No. 2874)
Hercules Plaza – Sixth Floor
1313 North Market Street
Wilmington, DE 19801
(302) 984-6042 (Telephone)
(302) 658-1192 (Facsimile)
jbrady@potteranderson.com (Email)