IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE, | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : Civil Action No. 05-620-SLR |
| | : |
| MUSIC AND MOVIES and TRANS WORLD ENTERTAINMENT CORPORATION, | : |
| | : |
| Defendants. | : |

## ORDER

At Wilmington this **29th** day of **September, 2006**.

IT IS ORDERED that a teleconference has been scheduled for **Tuesday, March 6, 2007 at 9:00 a.m.** with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR.  **Defense counsel shall initiate the teleconference call**.  Defense counsel shall notify Magistrate Judge Thynge when the decision on the summary judgment motion(s) has been rendered.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order.  To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE