IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 05-620-SLR |
| MUSIC AND MOVIES and TRANS WORLD ENTERTAINMENT CORPORATION, | : |
| Defendants. | : |

## ORDER

At Wilmington this **23rd** day of **January, 2007**.

IT IS ORDERED that the teleconference scheduled for Tuesday, March 6, 2007 at 9:00 a.m. with Magistrate Judge Thynge to discuss the status of the case and the parties' interest in court-assisted ADR is canceled.

Local counsel are reminded of their obligations to inform out-of-state counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the Court immediately of any problems regarding compliance with this Order.

/s/ Mary Pat Thynge
UNITED STATES MAGISTRATE JUDGE