IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE,<br><br>          Plaintiff,<br><br>v.<br><br>TRANS WORLD<br>ENTERTAINMENT CORPORATION<br>(d/b/a COCONUTS MUSIC AND<br>MOVIES),<br>          Defendant. | )<br>)<br>)<br>)<br>)<br>) Civ. No. 05-620-SLR<br>)<br>)<br>)<br>)<br>)<br>) |

ORDER

At Wilmington this 5th day of March, consistent with the memorandum opinion issued this same date;

IT IS ORDERED that defendant's motion for summary judgment (D.I. 16) is granted. The Clerk of Court is instructed to enter judgment in favor of defendant and against plaintiff.

                                                                                           _____<br>
                                                                                           United States District Judge