IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KRISTIE MARIE SCHLIFKE | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civ. No. 05-620-SLR |
| | ) |
| TRANS WORLD ENTERTAINMENT CORPORATION (d/b/a COCONUTS MUSIC AND MOVIES), | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT IN A CIVIL CASE**

For reasons stated in the court's memorandum opinion and order of March 27, 2007;

IT IS ORDERED AND ADJUDGED that judgment be and is hereby entered in favor of defendant Trans World Entertainment Corporation and against plaintiff Kristie Marie Schlifke.

_____
United States District Judge

Dated: March 28, 2007

_____
(By) Deputy Clerk